# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

2020 ND 210

Dalton Donald Beyer,                                      Petitioner and Appellant

     v.

State of North Dakota,                                   Respondent and Appellee

No. 20200052

Appeal from the District Court of Dunn County, Southwest Judicial District, the Honorable Rhonda R. Ehlis, Judge.

AFFIRMED.

Per Curiam.

Kyle R. Craig, Minot, ND, for petitioner and appellant; submitted on brief.

Stephenie L. Davis, State's Attorney, Manning, ND, for respondent and appellee; submitted on brief.

**Per Curiam.**

[¶1] Dalton Beyer appeals from an order denying post-conviction relief. Beyer argues the district court erred by denying his application for post-conviction relief seeking to withdraw his guilty plea. Beyer argues his plea was not voluntary due to the combined effects of psychiatric medications and withdrawal from hormone therapy. The district court found that Beyer was capable of making knowing, intelligent, and voluntary decisions at the time he entered his plea, and the plea was knowingly, voluntarily, and intelligently made. The court did not err in denying Beyer's application for post-conviction relief and we summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
       Lisa Fair McEvers
       Daniel J. Crothers
       Gerald W. VandeWalle
       Jerod E. Tufte

1